Case 2:20-cr-00600-GW   Document 1   Filed 12/01/20   Page 1 of 5   Page ID #:1

FILED
CLERK, U.S. DISTRICT COURT
12/01/2020
CENTRAL DISTRICT OF CALIFORNIA
BY: ___DM___ DEPUTY

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

January 2020 Grand Jury

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>        v.<br><br>JERRY NEHL BOYLAN,<br><br>    Defendant. | CR 2:20-cr-00600-GW<br><br>I N D I C T M E N T<br><br>[18 U.S.C. § 1115: Seaman's Manslaughter] |

The Grand Jury charges:

INTRODUCTORY ALLEGATIONS

At times relevant to this Indictment:

1.  The passenger vessel ("P/V") *Conception* was a 75-foot, wood and fiberglass passenger vessel based out of Santa Barbara, California.

2.  Defendant JERRY NEHL BOYLAN was the Captain and Master of the *P/V Conception* and, as such, was responsible for the safety and security of the vessel, its crew, and its passengers.

3. In the early morning hours of September 2, 2019, a fire broke out aboard the *P/V Conception*, claiming the lives of one crewmember and all 33 passengers onboard.

4. These Introductory Allegations are incorporated into each count of this Indictment.

COUNTS ONE THROUGH THIRTY-FOUR

[18 U.S.C. § 1115]

On or about September 2, 2019, in Santa Barbara County, within the Central District of California, defendant JERRY NEHL BOYLAN, the Captain and Master employed on the *P/V Conception*, by his misconduct, negligence, and inattention to his duties on said vessel, including failing to have a night watch or roving patrol as required by 46 C.F.R. § 185.410 and the vessel's United States Coast Guard Certificate of Inspection, failing to conduct sufficient fire drills as required by 46 C.F.R. § 185.524, and failing to conduct sufficient crew training as required by 46 C.F.R. § 185.420, caused the deaths of the following individuals:

| COUNT | VICTIM |
| --- | --- |
| ONE | C.D.A. |
| TWO | S.J.S. |
| THREE | T.N.A.S. |
| FOUR | B.F. |
| FIVE | J.-P.A. |
| SIX | N.G.B. |
| SEVEN | P.A.B. |
| EIGHT | V.D.C. |
| NINE | K.M.C. |
| TEN | R.S.C. |
| ELEVEN | S.S.D. |

3

| COUNT | VICTIM |
|---|---|
| TWELVE | J.C.D. |
| THIRTEEN | L.A.F. |
| FOURTEEN | K.O.F. |
| FIFTEEN | A.A.F. |
| SIXTEEN | A.D.D.-F. |
| SEVENTEEN | D.G. |
| EIGHTEEN | Y.K. |
| NINETEEN | Y.H. |
| TWENTY | A.H.K. |
| TWENTY-ONE | X.L. |
| TWENTY-TWO | C.S.M. |
| TWENTY-THREE | K.M.T. |
| TWENTY-FOUR | C.A.M. |
| TWENTY-FIVE | M.G. |
| TWENTY-SIX | K.N. |
| TWENTY-SEVEN | E.S.Q. |
| TWENTY-EIGHT | A.R.S.Q. |
| TWENTY-NINE | M.S.Q. |
| THIRTY | N.S.S.Q. |

| COUNT | VICTIM |
|---|---|
| THIRTY-ONE | S.S.S. |
| THIRTY-TWO | F.J.S. |
| THIRTY-THREE | T.S.S. |
| THIRTY-FOUR | W.T. |

A TRUE BILL

/S/
Foreperson

NICOLA T. HANNA
United States Attorney

*Brandon Fox*

BRANDON D. FOX
Assistant United States Attorney
Chief, Criminal Division

JOSEPH O. JOHNS
Assistant United States Attorney
Chief, Environmental & Community
Safety Crimes Section

MARK A. WILLIAMS
Assistant United States Attorney
Deputy Chief, Environmental &
Community Safety Crimes Section

DIANA M. KWOK
Assistant United States Attorney
Environmental & Community Safety
Crimes Section