```
TRACY L. WILKISON
United States Attorney
SCOTT M. GARRINGER
Assistant United States Attorney
Chief, Criminal Division
MARK A. WILLIAMS (Cal. Bar No. 239351)
Chief, Environmental and Community Safety Crimes Section
JOSEPH O. JOHNS (Cal. Bar No. 144524)
MATTHEW W. O'BRIEN (Cal. Bar No. 261568)
Assistant United States Attorneys
Environmental and Community Safety Crimes Section
     1300 United States Courthouse
     312 North Spring Street
     Los Angeles, California 90012
     Telephone: (213) 894-8644
     Facsimile: (213) 894-0141
     E-mail:    Matthew.O'Brien@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA
```

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>       v.<br><br>JERRY NEHL BOYLAN,<br><br>            Defendant. | No. CR 20-600-GW<br><br>[PROPOSED] ORDER CONTINUING TRIAL DATE AND FINDINGS REGARDING EXCLUDABLE TIME PERIODS PURSUANT TO SPEEDY TRIAL ACT<br><br>**[PROPOSED] TRIAL DATE: 10-4-2022**<br><br>**[PROPOSED] PRETRIAL STATUS CONFERENCE: 9-22-2022** |

The Court has read and considered the Stipulation Regarding Request for (1) Continuance of Trial Date and (2) Findings of Excludable Time Periods Pursuant to Speedy Trial Act, filed by the parties in this matter on February 9, 2022.  The Court hereby finds that the Stipulation, which this Court incorporates by reference into this Order, demonstrates facts that support a continuance of the trial date in this matter, and provides good cause for a finding of excludable time pursuant to the Speedy Trial Act, 18 U.S.C. § 3161.

1    The Court further finds that:  (i) the ends of justice served by
2 the continuance outweigh the best interest of the public and
3 defendant in a speedy trial; (ii) failure to grant the continuance
4 would be likely to make a continuation of the proceeding impossible,
5 or result in a miscarriage of justice; and (iii) failure to grant the
6 continuance would unreasonably deny defendant continuity of counsel
7 and would deny defense counsel the reasonable time necessary for
8 effective preparation, taking into account the exercise of due
9 diligence.
10   THEREFORE, FOR GOOD CAUSE SHOWN:
11   1.  The trial in this matter is continued from March 22, 2022
12 to October 4, 2022.  The pretrial status conference hearing is set
13 for September 22, 2022.  The briefing schedule for all motions
14 (excluding motions in limine) shall be:
15        a.   Motions: June 30, 2022.
16        b.   Oppositions: July 21, 2022.
17        c.   Replies: August 4, 2022.
18        d.   Motions hearing: August 18, 2022.
19 The briefing schedule for motions in limine shall be:
20        e.   Motions: August 25, 2012.
21        f.   Oppositions: September 1, 2022.
22        g.   Replies: September 8, 2022.
23        h.   Hearing (and PTC): September 22, 2022.
24   2.  The time period of March 22, 2022 to October 4, 2022,
25 inclusive, is excluded in computing the time within which the trial
26 must commence, pursuant to 18 U.S.C. §§ 3161(h)(7)(A), (h)(7)(B)(i),
27 and (B)(iv).
28

3. Defendant shall appear in Courtroom 9D of the Federal Courthouse, 350 W. 1st Street, Los Angeles, California on October 4, 2022, at 9:00 a.m.

4. Nothing in this Order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excluded from the period within which trial must commence. Moreover, the same provisions and/or other provisions of the Speedy Trial Act may in the future authorize the exclusion of additional time periods from the period within which trial must commence.

IT IS SO ORDERED.

_____   _____
 DATE                          HONORABLE GEORGE WU
                               UNITED STATES DISTRICT JUDGE

Presented by:

  /s/
_____
MATTHEW O'BRIEN
Assistant United States Attorney