FILED
CLERK, U.S. DISTRICT COURT
7/19/2022
CENTRAL DISTRICT OF CALIFORNIA
BY: \_\_\_\_\_vav\_\_\_\_\_ DEPUTY

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

March 2022 Grand Jury

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR 20-600(A)-GW |
| Plaintiff, | **FIRST SUPERSEDING INDICTMENT** |
| v. | |
| JERRY NEHL BOYLAN, | [18 U.S.C. § 1115: Seaman's Manslaughter] |
| Defendant. | |

The Grand Jury charges:

[18 U.S.C. § 1115]

A. INTRODUCTORY ALLEGATIONS

At times relevant to this First Superseding Indictment:

1. The passenger vessel ("P/V") *Conception* was a 75-foot, wood and fiberglass passenger vessel based out of Santa Barbara, California.

2. Defendant JERRY NEHL BOYLAN was the Captain and Master of the *P/V Conception* and, as such, was responsible for the safety and security of the vessel, its crew, and its passengers.

3. In the early morning hours of September 2, 2019, in navigable waters near Santa Cruz Island in the Pacific Ocean, a fire broke out aboard the *P/V Conception*, claiming the lives of one crewmember and all 33 passengers onboard.

B. <u>SEAMAN'S MANSLAUGHTER</u>

On or about September 2, 2019, in navigable waters near Santa Cruz Island in the Pacific Ocean, in Santa Barbara County, within the Central District of California and the admiralty jurisdiction of the United States, defendant JERRY NEHL BOYLAN, the Captain and Master employed on the *P/V Conception*, by his misconduct, negligence, and inattention to his duties on said vessel, including failing to have a night watch or roving patrol as required by 46 C.F.R. § 185.410 and the vessel's United States Coast Guard Certificate of Inspection, failing to conduct sufficient fire drills as required by 46 C.F.R. § 185.524, and failing to conduct sufficient crew training as required by 46 C.F.R. § 185.420, caused the deaths of the following individuals:

Carol Diana Adamic

Juha-Pekka Ahopelto

Neal Gustav Baltz

Patricia Ann Beitzinger

Vaidehi Devi Campbell, also known as Vaidehi Devi Williams

Kendra Moore Chan

Raymond Scott Chan

Adrian Danielle Dahood-Fritz

Sanjeeri Satish Deopujari

Justin Carroll Dignam

Berenice Felipe

1                          Lisa Fiedler
2                          Kristina Oline Finstad
3                          Andrew Aaron Fritz
4                          Daniel Garcia
5                          Marybeth Guiney
6                          Yuko Hatano
7                          Yulia Krashennaya
8                          Alexandra Haley Kurtz
9                          Xiang Lin
10                          Charles Spencer McIlvain
11                          Caroline Annette McLaughlin
12                          Kaustubh Nirmal
13                          Angela Rose Solano Quitasol
14                          EvanMichel Solano Quitasol
15                          Michael Storm Quitasol
16                          Nicole Storm Solano Quitasol
17                          Steven John Salika
18                          Tia Nicole Adamic Salika
19                          Sunil Singh Sandhu
20                          Fernisa June Sison
21                          Ted Stephen Strom
22 //
23 //
24 //
25 //
26 //
27 //
28 //

Kristian Marc Takvam

Wei Tan

A TRUE BILL

                    /S/
Foreperson

STEPHANIE S. CHRISTENSEN
Acting United States Attorney

SCOTT M. GARRINGER
Assistant United States Attorney
Chief, Criminal Division

MARK A. WILLIAMS
Assistant United States Attorney
Chief, Environmental & Community
Safety Crimes Section

JOSEPH O. JOHNS
Assistant United States Attorney
Environmental & Community Safety
Crimes Section

MATTHEW W. O'BRIEN
Assistant United States Attorney
Environmental & Community Safety
Crimes Section