# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

**CRIMINAL MINUTES - GENERAL**

| | | | |
|---|---|---|---|
| Case No. | CR 20-600-GW | Date | September 1, 2022 |

| | |
|---|---|
| Present: The Honorable | GEORGE H. WU, UNITED STATES DISTRICT JUDGE |
| Interpreter | NONE |

| Javier Gonzalez | Terri A. Hourigan | Matthew O'Brien; Mark A. Williams; Brian R. Faerstein |
|---|---|---|
| *Deputy Clerk* | *Court Reporter/Recorder, Tape No.* | *Assistant U.S. Attorney* |

| U.S.A. v. Defendant(s): | Present | Cust. | Bond | Attorneys for Defendants: | Present | App. | Ret. |
|---|---|---|---|---|---|---|---|
| Jerry Nehl Boylan | ✔ | | ✔ | Georgina Wakefield, DFPD<br>Gabriela Rivera, DFPD<br>Julia Deixler, DFPD<br>Joshua D. Weiss, DFPD | ✔ | ✔ | |

**PROCEEDINGS:** **ARRAIGNMENT ON FIRST SUPERSEDING INDICTMENT;**

**DEFENDANT'S MOTION TO SUPPRESS STATEMENT [40], DEFENDANT'S MOTION TO DISMISS INDICTMENT FOR FAILURE TO ALLEGE GROSS NEGLIGENCE [42], DEFENDANT'S MOTION TO DISMISS THE INDICTMENT FOR FAILURE TO ALLEGE THE JURISDICTIONAL ELEMENT OF 18 U.S.C. § 1115 [43], DEFENDANT'S MOTION TO STRIKE SURPLUSAGE [44], and DEFENDANT'S MOTION TO DISMISS THE INDICTMENT AS MULTIPLICITOUS OR TO COMPEL THE GOVERNMENT TO ELECT AMONG MULTIPLICITOUS COUNTS [45]**

Hearing is held by video teleconference. Defendant's CARES Act waiver is on file.

Defendant is arraigned on the First Superseding Indictment. Defendant acknowledges receipt of a copy and waives reading thereof.

The Court's Tentative Rulings on the above-entitled Motions was issued on August 30, 2022 [63]. After hearing the arguments of counsel, the Court adopts its tentative ruling as its final decision on Defendant's motion to dismiss the First Superseding Indictment for failure to allege gross negligence. The dismissal is without prejudice. The Court continues the status conference set for September 22, 2022 to October 6, 2022 at 8:00 a.m. The trial set for October 4, 2022 is vacated and taken off-calendar.

| | : | 40 |
|---|---|---|
| | Initials of Deputy Clerk | JG |